# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 98-50486

_____

## CHRISTIAN FUNDAMENTALIST
## INTERNAL REVENUE EMPLOYEES;
## LEXIE WHITE,

**Plaintiffs-Appellants,**

**versus**

## INTERNAL REVENUE SERVICE; DAVID A. MADER,
**in his official capacity as Chief Management and Administration,
Department of the Treasury, Internal Revenue Service;
SEAN ROGERS, in his official capacity as Chief Labor Relations,
Internal Revenue Service,**

**Defendants-Appellees.**

_____

### Appeal from the United States District Court
### for the Western District of Texas
### (A-97-CA-639-SS)

_____

**November 5, 1999**

**Before DUHÉ, BARKSDALE, and DENNIS, Circuit Judges:**

**PER CURIAM:**[*]

    **AFFIRMED.**  See 5th Cir. Rule 47.6.

---

    [*]   Pursuant to 5th Cir. Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. Rule 47.5.4.